■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL HARDY, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on June 20, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro, Asch and Smith, JJ.

■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS-BURGH, Appellant, v GREAT AMERICAN INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County (Louis Grossman, J.), entered on or about May 15, 1986, unanimously affirmed, without costs and without disbursements. *(See, Rios v Donovan,* 21 AD2d 409.) No opinion. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Ellerin, JJ.